IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
        v.                  )        2:20cr12-MHT
                            )           (WO)
JEFFREY SCOTT CARTER        )
```

**MENTAL-HEALTH ORDER**
**INCLUDING INPATIENT TREATMENT**

During the sentencing hearing on December 3, 2020,
the court recommended that defendant Jeffrey Scott Carter
be placed in a Bureau of Prisons facility that allows him
to take part in the Residential Drug Abuse Program
(RDAP), and that he receive both dialectical behavioral
therapy and cognitive behavioral therapy during his
incarceration.  The court also ordered that Carter take
part in substance abuse treatment as recommended by his
probation officer following his release.

In her psychological evaluation of Carter,
Dr. Adriana Flores specifically recommended that he
receive inpatient dual-diagnosis treatment for his
substance use disorders and depression for at least 12

months following his release from custody. *See* Psychological Evaluation (doc. no. 61-2) at 19-20. The court overlooked this recommendation while imposing Carter's conditions of supervised release. Carter also acknowledged to the court that he is likely to experience some relapses and need inpatient treatment during his recovery, in light of his nearly life-long addictions.

Accordingly, it is ORDERED that, after defendant Jeffrey Scott Carter's release from custody, the U.S. Probation Office shall, within 28 days, have him again assessed by Dr. Flores as to whether admission for long-term inpatient dual-diagnosis treatment is still needed, and shall file the assessment with the court within 35 days of his release. The court will consult with counsel and the probation officer after defendant Carter is released to determine whether any modifications or additions to the recommended inpatient treatment are necessary.

DONE, this the 11th day of December, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2